UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-62474-CIV-SMITH

PANTECH CORPORATION, *et al.*,

    Plaintiffs,

v.

GNJ MANUFACTURING INC.,

    Defendant.

_____/

## ORDER OF DISMISSAL

This matter is before the Court on the Notice of Dismissal with Prejudice [DE 18]. Upon consideration, it is

**ORDERED** that:

1. This action is **DISMISSED with prejudice**.

2. All motions not otherwise ruled upon are **DENIED as moot**.

3. This case is **CLOSED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 25th day of February, 2022.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:    Counsel of record